# Intended Notice Recipients – Method of Notice

District/Off: 0209−1           User: mcclemont           Date Created: 7/3/2008
Case: 1−08−11471−MJK           Form ID: pdfattch         Total: 4

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
tr      John H. Ring, III          bankruptcy@buffalo.com, ny33@ecfcbis.com
aty     Regina A. Walker           ecfraw@jeffreyfreedman.com, mclaudisio@jeffreyfreedman.com, rwalker@jeffreyfreedman.com

TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
db      Christopher J. Robinson          6469 Swamp Road      Lot # 36      Byron, NY 14422
jdb     Tori L. Robinson                 6469 Swamp Road      Lot # 36      Byron, NY 14422

TOTAL: 2